# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 13-10384-TPA |
| John A. Anthony and | : | |
| Jeannine Anthony, | : | Chapter 13 |
| Debtor s | : | |
| | : | |

## CERTIFICATE OF SERVICE OF AMENDED
## CHAPTER 13 PLAN DATED AUGUST 15, 2016

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 17th day of August, 2016, a true and exact copy of the Notice of Proposed Modification dated August 15, 2016, the Amended Chapter 13 Plan dated August 15, 2016, along with a copy of the Order dated August 16, 2016, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: August 17, 2016

Respectfully submitted,
__/s/ Kenneth P. Seitz, Esquire_
Kenneth P. Seitz, Esquire
PA I.D. # 81666
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtors

_____
*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 13-10384-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Mon Aug 15 10:57:45 EDT 2016 | ECMC<br>P.O. BOX 16408<br>ST. PAUL, MN 55116-0408 | HOUSEHOLD FINANCE CONSUMER DISCOUNT COMPANY<br>14841 Dallas Parkway, Suite 300<br>Dallas, TX 75254-7883 |
| HSBC Finance Corporation<br>P. O. Box 829009<br>Dallas, TX 75382-9009 | PRA Receivables Management, LLC<br>POB 41067<br>NORFOLK, VA 23541-1067 | Recovery Management Systems Corporation<br>25 S.E. Second Avenue<br>Suite 1120<br>Miami, FL 33131-1605 |
| 1<br>U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 | Aes/Pheaa<br>1200 N 7th St<br>Harrisburg, PA 17102-1419 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 12907<br>Norfolk VA 23541-0907 |
| Cap One<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3439 | Gecrb/Walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 | HFC<br>P.O. Box 1231<br>Brandon, FL 33509-1231 |
| HSBC Card Services<br>P.O. Box 71104<br>Charlotte, NC 28272-1104 | HSBC Mortgage Services, Inc.<br>P.O. Box 21188<br>Eagan, Minnesota 55121-0188 | Lowe's/GECRB<br>P.O. Box 530914<br>Atlanta, GA 30353-0914 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | P S E C U<br>Po Box 1006<br>Harrisburg, PA 17108-1006 | PHEAA<br>PO BOX 8147<br>HARRISBURG PA 17105-8147 |
| PSECU<br>P.O. Box 67013<br>Harrisburg, PA 17106-7013 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Sears/Cbna<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 | U S Dept Of Ed/Gsl/Atl<br>Po Box 4222<br>Iowa City, IA 52244 | US Department of Education<br>P O Box 16448<br>Saint Paul MN 55116-0448 |
| Jeannine Anthony<br>916 Worth Street<br>Reynoldsville, PA 15851-1454 | John A. Anthony<br>916 Worth Street<br>Reynoldsville, PA 15851-1454 | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates LLC
P.O. Box 41067
Norfolk, VA  23541

(d)Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address

(d)Household Finance Consumer Discount Compan
14841 Dallas Pkwy Suite 300
Dallas, TX 75254-7883

(u)Wilmington Savings Fund Society, Et Al...

(d)ECMC
PO Box 16408
St. Paul, MN 55116-0408

(d)PRA Receivables Management, LLC
POB 41067
Norfolk, VA 23541-1067

End of Label Matrix
Mailable recipients    27
Bypassed recipients     4
Total                  31