**Form 235**

UNITED STATES BANKRUPTCY COURT  
WESTERN DISTRICT OF PENNSYLVANIA

40 − 37, 38  
vson

| | | |
|---|---|---|
| In re: | : | Bankruptcy Case No.: 13−10384−TPA |
| | : | |
| | : | Chapter: 13 |
| | : | Issued per the September 13, 2016 Proceeding |
| **John A. Anthony** | | Jeannine Anthony |
| Debtor(s) | | aka Hazel J Anthony |

## ORDER OF COURT CONFIRMING PLAN
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

*(1.)*   **PLAN CONFIRMATION:**

   IT IS HEREBY ORDERED that the Plan dated August 15, 2016 is CONFIRMED. A copy of this plan was previously mailed to you.

*(2.)*   **IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:**

**A.**   **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**   **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**   **Review of Claims Docket and Objections to Claims.** Debtor(s)'s counsel (or Debtor(s) if not represented by counsel) must review all proofs of claim within thirty (30) days after the claims bar date. All objections to pre−petition claims shall be filed within ninety (90) days after the claims bar date, thereafter allowing at least thirty (30) days for a response.

**D.**   **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**   **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Dated: September 15, 2016
cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                           Case No. 13-10384-TPA
John A. Anthony                                                  Chapter 13
Jeannine Anthony
       Debtors              CERTIFICATE OF NOTICE

District/off: 0315-1         User: vson              Page 1 of 2        Date Rcvd: Sep 15, 2016
                             Form ID: 235            Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2016.
db/jdb         +John A. Anthony,    Jeannine Anthony,    916 Worth Street,    Reynoldsville, PA 15851-1454
aty            +vde13,   Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,   600 Grant Street,
                 Pittsburgh, PA 15219-2719
cr             +HSBC Finance Corporation,    P. O. Box 829009,    Dallas, TX 75382-9009
cr             +Household Finance Consumer Discount Company,    14841 Dallas Pkwy Suite 300,
                 Dallas, TX 75254-7883
13595198       +Aes/Pheaa,    1200 N 7th St,   Harrisburg, PA 17102-1419
13691138       +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
13595199      #+Cap One,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3439
13918755        ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
13595201       +HFC,   P.O. Box 1231,    Brandon, FL 33509-1231
13595202       +HSBC Card Services,    P.O. Box 71104,   Charlotte, NC 28272-1104
13693549       +HSBC Mortgage Services, Inc.,    P.O. Box 21188,    Eagan, Minnesota 55121-0188
13595204       +P S E C U,    Po Box 1006,   Harrisburg, PA 17108-1006
13636668       +PHEAA,    PO BOX 8147,   HARRISBURG PA 17105-8147
13595205       +Sears/Cbna,    Po Box 6189,   Sioux Falls, SD 57117-6189
13595206        U S Dept Of Ed/Gsl/Atl,    Po Box 4222,   Iowa City, IA 52244
13714021        US Department of Education,    P O Box 16448,    Saint Paul MN 55116-0448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Sep 16 2016 01:25:20
                 Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL 33131-1605
13595200       +E-mail/PDF: gecsedi@recoverycorp.com Sep 16 2016 01:25:04     Gecrb/Walmart,   Po Box 965024,
                 Orlando, FL 32896-5024
13595203       +E-mail/PDF: gecsedi@recoverycorp.com Sep 16 2016 01:25:04     Lowe's/GECRB,   P.O. Box 530914,
                 Atlanta, GA 30353-0914
13688667        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 16 2016 08:14:16
                 Portfolio Recovery Associates LLC,   P.O. Box 41067,   Norfolk, VA  23541
13688487        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 16 2016 01:25:07
                 Portfolio Recovery Associates, LLC,   PO Box 12914,   Norfolk VA 23541
13875418       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 16 2016 01:37:03
                 PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
13623392        E-mail/Text: bankruptcynotices@psecu.com Sep 16 2016 01:26:45     PSECU,   P.O. Box 67013,
                 Harrisburg, PA  17106-7013
13606737        E-mail/PDF: rmscedi@recoverycorp.com Sep 16 2016 01:25:20
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Wilmington Savings Fund Society, Et Al...
cr*             ECMC,    P.O. BOX 16408,   ST. PAUL, MN 55116-0408
cr*            +HOUSEHOLD FINANCE CONSUMER DISCOUNT COMPANY,    14841 Dallas Parkway, Suite 300,
                 Dallas, TX 75254-7883
cr*            +PRA Receivables Management, LLC,   POB 41067,   NORFOLK, VA 23541-1067
                                                                                    TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2016                                Signature:  /s/Joseph Speetjens

```
District/off: 0315-1         User: vson              Page 2 of 2             Date Rcvd: Sep 15, 2016
                             Form ID: 235            Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Hilary B. Bonial    on behalf of Creditor    HSBC Finance Corporation notice@bkcylaw.com
              Kenneth P. Seitz    on behalf of Joint Debtor Jeannine   Anthony thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor John A. Anthony thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6
```