# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CASE NO. 13-10384-TPA |
| John A. Anthony and | : |
| Jeannine Anthony, | : |
| Debtors | : CHAPTER 13 |
| | : |
| | : |

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 19th day of September, 2016, a true and correct copy of the Order dated September 16, 2016, together with the above Wife-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

DU BOIS AREA SCHOOL DISTRICT
500 LIBERTY BOULEVARD
DU BOIS, PA 15801

JOHN A. ANTHONY
JEANNINE ANTHONY
916 WORTH STREET
REYNOLDSVILLE, PA 15851

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: September 19, 2016

Respectfully submitted,
　　/s/Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtors