**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/8/18 8:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>　JOHN A. ANTHONY<br>　JEANNINE ANTHONY<br>　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　　Movant<br>　　vs.<br>　JOHN A. ANTHONY<br>　JEANNINE ANTHONY<br><br>　　　Respondents | Case No.13-10384TPA<br><br>Chapter 13<br><br>Document No. 58 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __8th__ day of __March__, 20__18__, it is hereby ORDERED, ADJUDGED, and DECREED that,

　　　Dubois Area School District
　　　Attn: Payroll Manager
　　　Liberty Blvd
　　　Dubois, PA 15801

is hereby ordered to immediately terminate the attachment of the wages of JEANNINE ANTHONY, social security number XXX-XX-3259. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JEANNINE ANTHONY.

BY THE COURT:

_/s/ Ronda Winnecour_
　　　　　　　　　　　　　　　ljm
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
　　Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 13-10384-TPA
John A. Anthony                                                       Chapter 13
Jeannine Anthony
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: gamr                  Page 1 of 1              Date Rcvd: Mar 08, 2018
                               Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2018.
db            +John A. Anthony,    114 North Fifth Street,    Reynoldsville, PA 15851-1358
jdb           +Jeannine Anthony,   975 West Long Avenue, Apt. D,    Du Bois, PA 15801-3507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Hilary B. Bonial    on behalf of Creditor    HSBC Finance Corporation hbonial@bonialpc.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
               bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Joint Debtor Jeannine   Anthony thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor John A. Anthony thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7