**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy No. 13-10384-TPA** |
| **John A. Anthony and** | : | |
| **Jeannine Anthony,** | : | **Chapter 13** |
|       **Debtors** | : | |
| | : | **Docket No. 68** |
| **John A. Anthony and** | : | |
| **Jeannine Anthony,** | : | |
|       **Movants** | : | |
|       **v.** | : | |
| **No Respondents** | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1.  The Debtors have made all payments required by the Chapter 13 Plan.

2.  The Debtors are not required to pay any Domestic Support Obligations.

3.  The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The

    Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in

    Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the

    Debtors ineligible for a discharge.

4.  On May 1, 2018, at docket number 66 and June 8, 2018, at docket number 67, Debtors complied with

    Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition*

    *Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to

    the form.

    This Certification is being signed under penalty of perjury by Kenneth P. Seitz, Esquire that he duly

    questioned the Debtors about the statements in this Certification and verified the answers in support of

    this Certification.

Dated: <u>June 8, 2018</u>                  By:      <u>Kenneth P. Seitz, Esquire</u>
                                                  Signature
                                                    <u>Kenneth P. Seitz, Esquire</u>
                                                    Name of Filer - Typed
                                                    <u>P.O. Box 211, Ligonier, PA 15658</u>
                                                    Address of Filer
                                                    <u>TheDebtErasers@aol.com</u>
                                                    Email Address of Filer
                                                    <u>(814) 536-7470</u>
                                                    Phone Number of Filer
                                                    <u>81666 Pennsylvania</u>

**PAWB Local Form 24 (07/13)**

Bar I.D. and State of Admission