**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JOHN A. ANTHONY<br>JEANNINE ANTHONY<br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:13-10384 TPA<br><br>Chapter 13<br><br>Document No.: 62 |

FILED
6/12/18 11:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this ___12th___ day of ___June___, 2018, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    jlm

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                               Case No. 13-10384-TPA
John A. Anthony                                                      Chapter 13
Jeannine Anthony
         Debtors
                                     CERTIFICATE OF NOTICE
District/off: 0315-1           User: culy                  Page 1 of 2           Date Rcvd: Jun 12, 2018
                               Form ID: pdf900             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2018.
db             +John A. Anthony,    114 North Fifth Street,    Reynoldsville, PA 15851-1358
jdb            +Jeannine Anthony,    204 North 3rd Street,    Du Bois, PA 15801-3106
aty            +vde13,    Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2719
cr             +HSBC Finance Corporation,    P. O. Box 829009,    Dallas, TX 75382-9009
cr             +Household Finance Consumer Discount Company,    14841 Dallas Pkwy Suite 300,
                 Dallas, TX 75254-7883
13595198       +Aes/Pheaa,    1200 N 7th St,    Harrisburg, PA 17102-1419
13691138       +CAPITAL ONE BANK (USA), N.A.,     PO Box 12907,    Norfolk VA 23541-0907
13918755        ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13595201      #+HFC,    P.O. Box 1231,    Brandon, FL 33509-1231
13595202       +HSBC Card Services,    P.O. Box 71104,    Charlotte, NC 28272-1104
13693549       +HSBC Mortgage Services, Inc.,     P.O. Box 21188,    Eagan, Minnesota 55121-0188
13595204       +P S E C U,    Po Box 1006,    Harrisburg, PA 17108-1006
13636668       +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13595205       +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13595206        U S Dept Of Ed/Gsl/Atl,    Po Box 4222,    Iowa City, IA 52244
13714021        US Department of Education,     P O Box 16448,    Saint Paul MN 55116-0448
14348309        Wilmington Savings Fund Society, FSB, et al,    c/o Rushmore Loan Management Services,
                 P.O. Box 52708,    Irvine, CA 92619-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Jun 13 2018 01:36:16
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13595199       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 13 2018 01:36:14      Cap One,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13595200       +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2018 01:37:12      Gecrb/Walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
13595203       +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2018 01:36:42      Lowe's/GECRB,    P.O. Box 530914,
                 Atlanta, GA 30353-0914
13688667        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2018 01:51:35
                 Portfolio Recovery Associates LLC,    P.O. Box 41067,    Norfolk, VA  23541
13688487        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2018 01:36:45
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
13875418       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2018 01:36:45
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13623392        E-mail/Text: bankruptcynotices@psecu.com Jun 13 2018 01:32:17       PSECU,    P.O. Box 67013,
                 Harrisburg, PA  17106-7013
13606737        E-mail/PDF: rmscedi@recoverycorp.com Jun 13 2018 01:37:15
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Wilmington Savings Fund Society, Et Al...
cr*             ECMC,    P.O. BOX 16408,    ST. PAUL, MN 55116-0408
cr*            +HOUSEHOLD FINANCE CONSUMER DISCOUNT COMPANY,    14841 Dallas Parkway, Suite 300,
                 Dallas, TX 75254-7883
cr*            +PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
                                                                                 TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-1          User: culy              Page 2 of 2              Date Rcvd: Jun 12, 2018
                              Form ID: pdf900         Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2018 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
           andygornall@latouflawfirm.com
          Hilary B. Bonial    on behalf of Creditor    HSBC Finance Corporation hbonial@bonialpc.com
          James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
           bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Joint Debtor Jeannine  Anthony thedebterasers@aol.com
          Kenneth P. Seitz    on behalf of Debtor John A. Anthony thedebterasers@aol.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                       TOTAL: 7
```